1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

**Filed**

4 | MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

5 | JUN 1 3 2012

1301 Clay Street, Suite 340S

6 | Oakland, California 94612
Tel: (510) 637-6380

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

7 | Fax: (510 637-3724
E-Mail: michelle.kane3@usdoj.gov

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8

Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

UNITED STATES OF AMERICA,          )          CR 10-00731 LHK

14 |                                  )

Plaintiff,          )          STIPULATION AND [~~PROPOSED~~]

15 |                                  )          ORDER CONTINUING STATUS

v.          )          CONFERENCE AND DOCUMENTING

16 |                                  )          EXCLUSION OF TIME.

HIEU KHAC NGUYEN,          )

17 |                                  )

Defendant.          )

18 | _____)

19 |     The defendant, Hieu Khac Nguyen, and the government together respectfully stipulate as

20 | follows:

21 |     1.  A change of plea or trial setting conference is currently scheduled in this matter on June

22 |         13, 2012, at 9:00 a.m.;

23 |     2.  The parties hereby advise the Court that the parties are continuing to confer over the

24 |         disposition of the matter. Additional facts have come to light during that discussion that

25 |         required additional investigation that counsel for defendant is still conducting.

26 |     3.  Counsel for the government will be in trial and unavailable June 20, 2012.

27 |     Accordingly, the parties request that the Court set the matter for change of plea July 11, 2012,

28 | to allow defense counsel to finish the necessary investigation. The parties jointly request that the

STIPULATION AND [~~PROPOSED~~] ORDER

1   Court exclude the period of time between June 13, 2012, and July 11, 2012, under the Speedy

2   Trial Act calculation for continuity of counsel and effective preparation of counsel, taking into

3   account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4   IT IS SO STIPULATED.

5

6   Dated: June 12, 2012                         _____/s/_____
                                                WENDY KIM
7                                               Counsel for Defendant

8

9   Dated: June 12, 2012                         MELINDA HAAG
                                                United States Attorney
10

11
                                                _____/s/_____
12                                              MICHELLE J. KANE
                                                Assistant United States Attorney
13

14

15                                 ORDER

16      Based upon the representation of counsel and for good cause shown, the Court finds that

17   failing to exclude the time between June 13, 2012, and July 11, 2012, would unreasonably deny

18   the defendant continuity of counsel and would deny counsel the reasonable time necessary for

19   effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

20   3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

21   between June 13, 2012, and July 11, 2012, from computation under the Speedy Trial Act

22   outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS

23   HEREBY ORDERED that the time between June 13, 2012, and July 11, 2012, shall be excluded

24   //

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          2

from computation under the Speedy Trial Act, <sup>pursuant to</sup> 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and the

matter is set for change of plea July 11, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated: ___6/13___, 2012

_Lucy H Koh_
LUCY H. KOH
United States District Judge