1    JOHNSON & KIM
     900 Lafayette Street Suite 705
2    Santa Clara, California 95050-4812
     (408) 984-8555
3
     Wendy Q.W. Kim (SBN 68195)
4

5    Attorney for Defendant

6

**Filed**

OCT 1 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11   UNITED STATES OF AMERICA,              CR 10-00731 LHK

12          Plaintiff,

13
                                           STIPULATION AND PROPOSED ORDER
14   v.                                     CONTINUING SENTENCING HEARING

15   HIEU KHAC NGUYEN

16          Defendant.

17

18

19

20        The defendant Hieu Khac Nguyen, and the government together respectfully stipulate as
21   follows:

22        1.  A sentencing hearing is currently scheduled in this matter on November 7, 2012 at
23            9:00
              10:00 a.m.;

24        2.  Counsel for defendant will be unavailable on November 7, 2012;
25
          3.  The parties request that the Court set the matter for sentencing on December 5, 2012 at
26
              10:00 a.m.
27

IT IS SO STIPULATED.

Dated_10/12/12_____          _____/s/_____
                                   WENDY Q.W. KIM
                                   Counsel for Defendant


Dated_10/12/12_____          _____/s/_____
                                   MICHELLE J. KANE
                                   Assistant United States Attorney

ORDER

Based upon the representation of counsel and for good cause shown, the sentencing hearing

in the above-entitled case is continued to December 5, 2012 at 9:00 a.m. ~~10:00 p.m.~~

IT IS SO ORDERED.

Dated 10/15/12                      _____Lucy H. Koh_____
                                   LUCY H. KOH
                                   United States District Judge